UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HILDA LAMBERT | § | |
| | § | CIVIL NO: |
| vs. | § | AU:17-CV-00156-LY |
| | § | |
| I.C. SYSTEM, INC., TRAVELERS | § | |
| CASUALITY AND SURETY COMPANY | § | |
| OF AMERICA | § | |

**ORDER SETTING INITIAL PRETRIAL CONFERENCE**

IT IS HEREBY ORDERED that the above entitled and numbered case has been set for an INITIAL PRETRIAL CONFERENCE in Chambers, on the Seventh Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas, on **August 18, 2017 at 9:30 AM.**

The parties' proposed scheduling order is tentatively approved and the parties shall comply with the dates set forth in paragraphs 1 through 7 of such proposed order pending the initial pretrial conference.

FURTHER, the parties are notified that at the initial pretrial conference, the Court will schedule a final pretrial conference and set a trial month.

SIGNED this **5th day of June, 2017**.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE